```
UNITED STATES DISTRICT COURT
   DISTRICT OF MASSACHUSETTS
```

```
UNITED STATES OF AMERICA     )
                             )
                             )     Cr. No. 02-10257-MLW
        V.                   )
                             )
EDWARD VOCCOLA               )
      Defendant              )
```

ORDER

WOLF, D.J.                                      November 4, 2008

At a hearing on November 4, 2008, Edward Voccola admitted the four violations of his Supervised Release alleged in the Violation Report as amended on October 31, 2008. For the reasons described in detail at that hearing, it was orally ORDERED that:

1. Voccola's Supervised Release is REVOKED as of 10:00 a.m. on November 12, 2008.

2. Voccola shall, at 10:00 a.m. on November 12, 2008, surrender to the United States Marshal for the District of Massachusetts and serve eleven months in the custody of the Attorney General, to be followed by a term of forty-eight months Supervised Release on the Standard Conditions and the following Special Conditions:

    a. Voccola shall pay restitution on a schedule and in a manner to be ordered by the court after a recommendation by the Probation Office.

    b. Voccola is prohibited from incurring new credit charges or opening additional lines of credit without the approval

of the Probation Office.

      c. Voccola is to provide the Probation Office with access to any requested financial information.  Such information may include, but is not limited to, detailed logs of monthly income and expenditures and copies of receipts or verifications of all expenditures.

    3. Until 10:00 a.m. on November 12, 2008, the current conditions of Voccola's Supervised Release shall continue.  In addition, Voccola shall:

    a. Surrender any passport in his possession to the Probation Office on November 4, 2008.

    b. Not leave the Commonwealth of Massachusetts.

    c. Report to the Probation Office in person on November 5, 2008, November 7, 2008, and November 10, 2008.  On all other days he shall report to the Probation Office by telephone, and give a truthful and accurate description of his location.

                                /s/ MARK L. WOLF
                              UNITED STATES DISTRICT JUDGE