Prob12A
(7/93)

# United States District Court
### for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Edward Voccola  **Case Number:** 02-CR-10257

**Name of Sentencing Judicial Officer:** The Honorable Robert E. Keeton, Senior U.S. District Judge
**Name of Assigned Judicial Officer:** The Honorable Mark L. Wolf, Chief U.S. District Judge

**Date of Original Sentence:** 5/19/04
**Date of Sentence on 1st Violation**: 9/30/04
**Date of Sentence on 2nd Violation:** 12/21/05
**Date of Sentence on 3rd Violation:** 11/4/08

**Original Offense:** Securities Fraud, in violation of 15 U.S.C. §§ 78j(b) and 78ff (counts 1-11), Falsely Representing a Social Security Number, in violation of 42 U.S.C. §408(a)(7) (counts 12-13), Mail Fraud, in violation of 18 U.S.C. §1341 (counts 14-17), and Wire Fraud, in violation of 18 U.S.C. §1343 (count 18)

**Original Sentence:** 15 months' custody, 5 years of supervised release
**1st Violation**: Time served (1 day), 3 years of supervised release
**2nd Violation:** Supervised Release extended to 4 years
**3rd Violation:** 11 months' custody, 4 years of supervised release

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** 12/14/01
**Date Supervision Re-commenced**: 9/30/04
**Date Supervision Re-commenced**: 12/21/05
**Date Supervision Re-commenced:** 10/9/09

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

On 3/30/10, the Probation Office filed a Form 12A Petition (Report on Offender Under Supervision) in which the Probation Office notified the Court that, on 3/21/10, Edward Voccola (a) was issued a criminal summons for Operating a Motor Vehicle with Registration Revoked, Unlicensed Operation of a Motor Vehicle, Uninsured Motor Vehicle, Marked Lanes Violation, and Motor Vehicle Not Meeting RMV Safety Standards, and (b) had failed to report that law enforcement contact to his probation officer. The Probation Office suggested that no formal judicial action was required at that time, noting that the matter would be reconsidered based on the outcome in the state court. Your Honor approved the report and recommendation on 7/12/10.

Mr. Voccola resolved his auto registration and insurance issues shortly after the 3/21/10 incident. On 4/19/11, the state criminal charges were Dismissed in Quincy District Court (Dkt. #1056CR3215). Where all of the state charges were dismissed, and where Mr. Voccola quickly resolved the underlying issues, the Probation Office suggests that no formal judicial action is warranted. If the Court concurs, it is respectfully recommended that Your Honor indicate so in the space provided below.

Reviewed/Approved by:                                    Respectfully submitted,


 /s/ Joseph LaFratta                    By     /s/ Brett L. Wingard
Joseph LaFratta                                Brett L. Wingard
Supervising U.S. Probation Officer             U.S. Probation Officer
                                               Date: June 22, 2011

[ ]  Approved
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other


_____
Signature of Judicial Officer


_____
Date